MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7014
    Facsimile: (415) 436-7234
    E-Mail: candace.kelly@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0645-WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE SENTENCING** |
| | ) | |
| EDUARDO VALDIVIA GONZALEZ, | ) | |
|   a/k/a Andres Torres Gonzalez, | ) | |
|   a/k/a Jose Gonzalez, | ) | |
|   a/k/a Ruben Gonzalez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The parties jointly request that, subject to the Court's approval, the sentencing hearing in the above-captioned matter presently set for February 7, 2012, be continued until February 29, 2012, at 2:00 p.m. The assigned probation officer, Charlie Mabie, has been consulted and he has indicated that he is available on this date.

    On October 25, 2011, the defendant entered a guilty plea to the sole count of the Indictment without entering into a plea agreement with the government. The probation officer prepared a timely presentence report, and distributed it to the parties on January 24, 2012, one day after the assigned Assistant United States Attorney began a long-planned international trip. The requested brief

continuance will allow the assigned Assistant United States Attorney adequate time to review the presentence report and file a sentencing memorandum in advance of the sentencing hearing.

For these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for February 7, 2012, and set a sentencing hearing for February 29, 2012, at 2:00 p.m.

SO STIPULATED.

Dated: January 27, 2012  MELINDA HAAG
United States Attorney

/s/
CANDACE KELLY
Assistant United States Attorney

SO STIPULATED.

Dated: January 27, 2012  /s/
JODI LINKER
Attorney for Defendant

**[PROPOSED] O R D E R**

Per the parties' stipulation and for good cause shown,

IT IS ORDERED that the sentencing hearing presently set for February 7, 2012, be continued to February 28, 2012, at 2:00 pm.

Dated: January 31, 2012.



William Alsup
UNITED STATES DISTRICT JUDGE